UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MYRON MOTLEY; ERIC MATH, M.D.; MICHAEL KWOKA; MICHAEL SLATER; JOSEPH JEANNETTE; IVY ELLIOTT; and ALESIA SAMPSON,<br><br>Defendants. | Case No.  3:19-cr-00026-LRH-CBC<br><br>ORDER |
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RANDY RAIHALL, and<br>MYRON MOTLEY,<br><br>Defendants. | Case No.  3:19-cr-00027-LRH-CBC<br><br>ORDER |

On May 28, 2019, Magistrate Judge Carla B. Carry recused herself in the 3:19-cr-00026 case. On May 31, 2019, this court entered a reassignment order in which the court ordered that the original magistrate judge in the 3:19-cr-00026 would be assigned to the 3:19-cr-00027 case as well.

///

1

     Given the recusal of Judge Carry, however, the magistrate judge for both of these cases should be Magistrate Judge William G. Cobb.

     IT IS THEREFORE ORDERED that the Clerk of the Court shall change the docket on both of these cases to reflect Magistrate William G. Cobb as the presiding magistrate judge.

     IT IS SO ORDERED.

     DATED this 10th day of June, 2019.

LARRY R. HICKS
UNITED STATES DISTRICT JUDGE