IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 3:19-CR-00026-LRH- WGC |
| | ) | |
| vs. | ) | |
| | ) | |
| ERIC MATH, | ) | **ORDER REGARDING:** |
| | ) | |
| Defendants. | ) | |
| | ) | |

## MOTION FOR LEAVE TO FILE UNDER SEAL

COMES NOW, Defendant ERIC MATH, by and through his counsel, The Law Offices of David R. Houston, DAVID R. HOUSTON, ESQ., and hereby moves this Honorable Court for an Order allowing Defendant to file his Stipulation and order to Continue Sentencing under seal.

This Motion is based upon the fact that The Stipulation and Order to Continue Sentencing contains highly confidential information that should not be available for public review.

RESPECTFULLY submitted this 19th day of May 2020.

DAVID R. HOUSTON, ESQ.
Attorney for Defendant Math

**SEE NEXT PAGE FOR ORDER**

1

## ORDER

IT IS HEREBY ORDERED that the Stipulation and Order to Continue Sentencing in this matter shall be FILED UNDER SEAL.

DATED this 20th day of May, 2020.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE