IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Case No. 3:19-cr-00026-LRH-WGC |
| vs. | ) |
| ERIC MATH, | ) ORDER |
| Defendants. | ) |

**MOTION FOR LEAVE TO FILE UNDER SEAL**

COMES NOW, Defendant ERIC MATH, by and through his counsel, The Law Offices of David R. Houston, DAVID R. HOUSTON, ESQ., and hereby moves this Honorable Court for an Order allowing Defendant to file his Stipulation and order to Continue Sentencing under seal.

This Motion is based upon the fact that The Stipulation and Order to Continue Sentencing contains highly confidential information that should not be available for public review.

RESPECTFULLY submitted this 25th day of June 2020.

/s/ David R Houston
DAVID R. HOUSTON, ESQ.
Attorney for Defendant Math

**ORDER**

IT IS HEREBY ORDERED that the Stipulation ad Order to Continue Sentencing in this matter shall be FILED UNDER SEAL.

DATED: June 30, 2020.

_____
The Honorable Larry R. Hicks