**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | |
|                                                             ) | |
| Plaintiff,       ) | Case No.: 3:19-CR-00026-LRH-CBC |
|                                                             ) | |
| vs.                                                       ) | **ORDER GRANTING STIPULATION TO CONTINUE SENTENCING** |
|                                                             ) | |
| ERIC MATH,                                       ) | |
|                                                             ) | |
| Defendant.       ) | |
|                                                             ) | |

COMES NOW, Plaintiff UNITED STATES OF AMERICA, by and through its Authorized Representative, RANDOLPH J. ST. CLAIR, ESQ., and Defendant ERIC MATH by and through his Attorney of Record, KENNETH E. LYON, III, ESQ. and hereby stipulate to continue the Sentencing Hearing concerning the above-named Defendant, which is currently scheduled for Thursday, March 2, 2023 at 1:30 p.m.

Counsel for Defendant Math and Counsel for the United States both agree that a continuance is in the best interest of justice. The Defendant agrees that this matter should be continued and re-set. The United States Attorney's Office, Counsel for Defendant, as well as Defendant Math further agree that this matter should be re-set to the date of May 23, 2023 at 11:00am.

//

//

PAGE 1

The United States Attorney's Office, Counsel for Defendant, as well as Defendant Math, hereby stipulate to vacate and re-set the currently scheduled Sentencing Hearing to the date of Tuesday, May 23, 2023 at 11:00 a.m.

| UNITED STATES ATTORNEY | LAW OFFICE OF KENNETH E. LYON |
|---|---|
| /s/ Randolph J. St. Clair | /s/Kenneth E. Lyon, III |
| RANDOLPH J ST. CLAIR, ESQ. | KENNETH E. LYON, III, ESQ. |
| *Attorney for Plaintiff* | *Attorney for Eric Math* |
| DATED this 22nd day of February 2023. | DATED this 22nd day of February 2023. |

## **ORDER**

Based upon the foregoing stipulation between the parties, the agreement between all Counsel and Defendant, and good cause appearing,

IT IS ORDERED that sentencing initially set for Thursday, March 2, 2023 at 1:30 p.m. in the above-captioned action is re-set for **Tuesday, May 23, 2023, at 11:00 a.m.** before Judge Larry R. Hicks in Reno Courtroom 3.

IT IS SO ORDERED.

DATED this 23rd day of February, 2023.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE