# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Office of the Clerk
333 West Broadway, Suite 420
San Diego, California 92101
Phone: (619) 557-5600 Fax: (619) 702-9900
www.casd.uscourts.gov

John Morrill
Clerk of Court

8/25/26

Clerk, U.S. District Court
Nevada District Court
400 South Virginia Street, Room 301
Reno, NV 89501-2193

**Transfer of Jurisdiction**

Our Case #: 3:26-cr-10078-BJC

Re: Eric Math, M.D.

Dear Clerk of Court:

Enclosed please find a signed copy of the Probation Form 22 transferring jurisdiction of supervised release to this District, the Southern District of California. We are requesting the following documents be forwarded to this District for our records (via email - InterdistrictTransfer_CASD@casd.uscourts.gov):

-No additional documents are being requested at this time.

Sincerely yours,

JOHN MORRILL
Clerk of Court
By: s/ G. West
G. West, Deputy Clerk

PROB 22
(Rev. 01/24)

# TRANSFER OF JURISDICTION

| | | | |
|---|---|---|---|
| DOCKET NUMBER *(Tran. Court)* | 3:19-cr-00026-HDM-CSD-2 | DOCKET NUMBER *(Rec. Court)* | 26-cr-10078-BJC |

| | | |
|---|---|---|
| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
| Eric Math<br>Oceanside, California | Nevada | U.S. Probation Office |
| | NAME OF SENTENCING JUDGE | |
| | Larry R. Hicks | |

| DATES OF PROBATION/ SUPERVISED RELEASE | FROM | TO |
|---|---|---|
| | 11/14/2025 | 11/13/2028 |

OFFENSE
21 U.S.C. § 841(a)(1), 21 U.S.C. § 841(b)(1)(c), and 21 U.S.C. § 846 – Conspiracy to Possess with Intent to Distribute and to Distribute Oxycodone and Hydrocodone.

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Strong family and community ties.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ______________ DISTRICT OF Nevada

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Southern District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

July 22, 2026
*Date*

Howard D McKibben
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Southern DISTRICT OF California

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

August 11, 2026
*Effective Date*

Cynthia Bashant
*United States District Judge*

fg 9569333